# EXHIBIT "D"

**From:** "Brian C. Shevland" <shevland@yahoo.com>
**Date:** January 22, 2021 at 6:40:39 AM PST
**To:** Patrick Orlando <porlando@benesserecapital.com>
**Subject: Shares agreement**
**Reply-To:** "Brian C. Shevland" <shevland@yahoo.com>

Patrick,
I would like to get our situation resolved today so I can move money where it needs to go and not have it all sitting in my bank account. I am sure you can recognize the disappointment from my side on how this is being handled so I can tell you how I would have handled the situation if the roles were reversed.

Once I make an agreement with someone that entails them selling positions, moving money, and transferring them to me based simply on trust, I would stand behind it unless they did something in violation of the understanding of that agreement. How I would have handled the situation is to say "I am going to honor our agreement because I said I would but you need to commit to me that I get the same terms on the SPACs we do together in the future and for the first 3-5 IB deals that I put through the B/D I want you to reduce the B/D portion from 20% to 10%. Doesn't need to be exactly those terms but I always prefer to honor the agreement but make adjustments to the future to make sure everyone is happy. Instead I was told that you would reduce my allotment by 50% to keep you where you wanted to be. These 2 solutions are obviously worlds apart.

Me saying you can just reduce my allotment by 25% to put this behind us should be a very small ask. I did absolutely nothing wrong and I followed exactly what we agreed to.

I already have made contacts at other SPACs and opportunities are going to come to me to invest in the Sponsorship shares of those SPACs as well which I am happy to extend preferred economics to you. I just want to look at this first situation as the beginning as a very long and very profitable relationship for both of us. I have done a lot of heavy lifting for 20 years so that you and the rest of the team don't have to do it. I have incredible relationships that will feed our business and I would expect you and Eric as well as the rest of the team to benefit for many years to come. I really think we are in a situation where 1+1=5.

If you would like to figure out an arrangement which allows you to stand behind the terms of our original agreement, one that benefits you in other ways, I am all ears. If not, can we agree that I wire you $375,000 today for 187,500 shares and we focus on making sure this SPAC is a success and just the beginning of many more successes?

Sincerely,
Brian