# EXHIBIT "F"

**From:** "Brian C. Shevland" <shevland@yahoo.com>
**Date:** February 10, 2021 at 5:34:31 PM PST
**To:** Patrick Orlando <porlando@benesserecapital.com>
**Cc:** Eric Swider <es@renatusadvisors.com>
**Subject: Moving forward.**
**Reply-To:** "Brian C. Shevland" <shevland@yahoo.com>

Patrick,
I appreciated our call and I am very ready to move on and put this behind us to focus on the future. I want to make sure that my understanding of the call we had today is memorialized and agreed upon to avoid any confusion by either party. If we agree to everything we discussed on the call, I will sign the subscription document tonight, wire the money tomorrow, and we will start building something spectacular together immediately.

For the purposes of this agreement to move forward, my understanding is as follows:

1) I am sending you $500,000 for the sole intended purpose of acquiring 250,000 shares of BENE.

2) Over the next few weeks, you are investing your own personal capital in other SPACs and if those SPACs successfully IPO prior to March 31st, 2021, and you obtain a price/share less than or equal to $2.00/share, I will be able to maintain the 250,000 shares of BENE.

3) However, if the other SPAC investments you invest into are not able to IPO, you have the right to send me back an amount of capital up to $200,000 prior to March 31st, 2021, and my shares in BENE would be reduced pro rata. The capital that remains at BENE would still purchase as many shares as possible at a cost of $2/share.

4) Patrick and Brian will have the opportunity but not the obligation to invest up to equal amounts in all current and future SPAC opportunities, whether internal or external, at the same terms (same price/share). In the event that Brian and his network are able to raise more sponsor capital in order to reduce the price per share, both Brian and Patrick will share equally in the price/share reduction, the shares will not be bifurcated. This

right does not extend to BENE since those terms are outlined in the subscription agreement but would apply to all other SPAC opportunities.

5) You will process whatever paperwork is necessary to add me as a Director to BENE as soon as possible, so that I am officially added both to the legal structure and to the website no later than February 16th. This is important based upon meetings I have already arranged for February 17th. I will immediately begin working with Eric to streamline various processes, evaluate opportunities, and provide additional leads and relationships to our team.

6) I will onboard your licenses with my B/D asap, under the terms we discussed, and I will cover all of the standard fees of joining the firm on your behalf. The intention would be for you to build and manage an Investment Banking operation.

Please review at your earliest convenience. If you agree that these are the terms we have agreed to, please confirm in an email and I will sign and send the subscription documents and prepare the wire first thing tomorrow morning.

Sincerely,
Brian


On Tuesday, February 9, 2021, 11:44:41 PM GMT-4, Patrick Orlando <porlando@benesserecapital.com> wrote:


Brian,

1. I think this language should work for the subscription agreement:

> The undersigned further acknowledges and approves that, prior to March 31, 2021, the Company may reduce the total investment value in the Company by up to 40% and return to undersigned the respective pro-rata portion of this investment in cash or alternatively, with approval of the undersigned, exchange for an allocation to the undersigned of an indirect ownership interest in shares of Class B common stock of another SPAC at the same effective share price.

2. Most other sponsor investors signed pre-IPO so their language said they should fund upon Company capital call.
3. I am being shown a couple allocations in Sponsor shares and am confident I will close allocation prior to March 31.


Best Regards,
Patrick Orlando - Founder and CEO

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.


On Tue, Feb 9, 2021 at 1:48 PM Patrick Orlando <porlando@benesserecapital.com> wrote:
> Brian,
>
> Just getting to emails now. A couple observations:

1. Arc Global Investments LLC is the Sponsor of Benessere Capital, not the same company as Arc Group Limited which is the boutique investment banking guys
2. I'll look at the language now and revert.

Best Regards,
Patrick Orlando - Founder and CEO



Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

On Tue, Feb 9, 2021 at 7:53 AM Brian C. Shevland <shevland@yahoo.com> wrote:
> Patrick,
> The language that was incorporated in the original doc you sent over would give ARC a free call option using my capital. Clearly that isn't going to work, I have no relationship with them and they have not even been on our calls to hear what we have agreed upon. This has been edited to specifically outline exactly what we discussed on our most recent calls and I highlighted the language that has been edited for ease of review. The entire section highlighted could probably also simply be deleted because I believe we could always mutually agree upon a different arrangement in writing.
>
> My only other question is whether other sponsor shares investors all signed the exact same document or if other modifications have been made which I should review. Assuming all sponsor share investors signed this same document and the edited language is acceptable let's get this signed today and I will start the wire transfer process.
>
> Sincerely,
> Brian
>
> On Monday, February 8, 2021, 01:11:30 PM GMT-4, Patrick Orlando <porlando@benesserecapital.com> wrote:
>
>
> Subscription agreement.
>
> Best Regards,
> Patrick Orlando - Founder and CEO
>
> 
>
> Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.