# EXHIBIT "I"



**Patrick Orlando**

Wed, Jun 2 — (investor).docx, 41 KB · docx, 10:49 PM

Thu, Jun 10

Before the call let's get some on paper.

Alliance to be formed (it already is just not there yet)
On DWAC- Brian to distribute a piece, become director (if posible and I think it is)
Brian to do no SPAC biz alone or at least PO ROFR
Patrick to do no mutual find/ hedge fund alone or at least ROFR     8:40 AM

DWAC econs (all SPACs) PO gets a went through war ViG, as we get more aligned it goes lower?

Brian To set up access to hedge fund for PO/ BIG. Po to get a piece of fees (%?) that recognizes Brian's war and efforts

ALLIANCE to be announced sometime soon.    8:43 AM

DWAC net econs to PO to be no worse than worst cure toys and Brian to get a WHOLE LOTTA SHARES .    8:44 AM

I think you can make $46mm for raising $5mm . Will explain . Do you want to reserve 5mm?    8:45 AM

Very likely, but there are multiple discussions I woukd need to have with you