# EXHIBIT "K"

As filed with the U.S. Securities and Exchange Commission on July 8, 2021

Registration No. 333-256472

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

AMENDMENT NO. 1
TO
FORM S-1
REGISTRATION STATEMENT
UNDER THE SECURITIES ACT OF 1933

# Digital World Acquisition Corp.

(Exact name of registrant as specified in its charter)

| Delaware | 6770 | 85-4293042 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**78 SW 7th Street**
**Miami, Florida 33130**
**Telephone: (305) 735-1517**

(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

**Patrick Orlando**
**Chairman and Chief Executive Officer**
**78 SW 7th Street**
**Miami, Florida 33130**
**Telephone: (305) 735-1517**

(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)

*Copies to:*

| | |
|---|---|
| **Barry I. Grossman, Esq.** | **Mitchell S. Nussbaum, Esq.** |
| **Wei Wang, Esq.** | **David J. Levine, Esq.** |
| **Ellenoff Grossman & Schole LLP** | **Loeb & Loeb LLP** |
| **1345 Avenue of the Americas** | **345 Park Avenue** |
| **New York, New York 10105** | **New York, New York 10154** |
| **Telephone: (212) 370-1300** | **Telephone: (212) 407-4000** |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

**General**

We are a newly-organized blank check company incorporated in December 2020, whose business purpose is to effect a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses, which we refer to as our initial business combination. To date, our efforts have been limited to organizational activities as well as activities related to this offering. We have not selected any specific business combination target and we have not, nor has anyone on our behalf, engaged in any substantive discussions, directly or indirectly, with any business combination target with respect to an initial business combination with us.

While we may pursue an initial business combination opportunity in any business, industry, sector or geographical location, we intend to focus on middle market and emerging growth technology-focused companies in the Americas, in SaaS and Technology or Fintech and Financial Services

**Our Management Team**

Our management team is led by *Mr. Patrick Orlando*, our Chairman and CEO, who has served many executive roles in Finance over a 25-year career. Mr. Orlando's experience covers all aspects related to special purpose acquisition corporations ("SPACs") as he has been involved as Executive, Sponsor and Director in several SPACs including Yunhong International (Nasdaq: ZGYH), Benessere Capital Acquisition Corporation (Nasdaq: BENE) and Maquia Capital Acquisition Corporation (Nasdaq: MAQC). Over his career, Mr. Orlando has developed an extensive network and we believe his knowledge and exposure on a global scale will enable us to locate and attract potential targets.

Mr. Orlando has been serving as Chief Executive Officer of Yunhong International since January 2020 and as Chief Executive Officer of Benessere Capital Acquisition Corp. since September 2020. Mr. Orlando has also been a director of Maquia Capital Acquisition Corporation since February 2021. Mr. Orlando is also Chief Executive Officer of Benessere Capital, LLC, an investment consulting and investment banking firm he founded in Miami in October 2012. At Benessere Capital, LLC, he has advised on fundraising, capital deployment, mergers and acquisitions, private placements, and products marketing. From March 2014 to August 2018, Mr. Orlando also served as the Chief Financial Officer of Sucro Can Sourcing LLC, a sugar trading company he co-founded, where he managed all financial matters including insurance and banking relationships. From March 2011 to March 2014, Mr. Orlando served as the Managing Director and the Head of Structuring and Derivatives of BT Capital Markets, LLC, a boutique investment bank in Miami, Florida, where he was involved in managing global derivatives and structuring activities. From September 2006 to March 2011, Mr. Orlando served in roles including Chief Technical Officer and Director of Pure Biofuels Corporation, a renewable fuel corporation headquartered in Houston, Texas with operations in Peru. From April 1998 to December 2003, Mr. Orlando served as the Director of Emerging Markets Fixed Income Derivatives of Deutsche Bank. Mr. Orlando earned bachelors of science degrees in Mechanical Engineering and Management Science from the Massachusetts Institute of Technology.

**Our CFO,** *Mr. Luis Orleans-Braganza* is a businessman and currently a member of Brazil's National Congress, originally elected in 2018, representing the state of São Paulo. He founded Zap Tech in February of 2012 and remained there until 2015, during which time Zap Tech developed a mobile payment platform. As the CEO he was responsible for all aspects of product design, geo localization and payment protocols. In August of 2005 he founded IKAT do Brasil, an automobile and motorcycle company which developed new automotive technology in ignitions. Mr. Braganza was responsible for all aspects of general management including team building, business development, research and development and capital allocation. Prior to his political and entrepreneurial days, his professional trajectory began in the United States, where he harnessed experiences in planning, finance and mergers and acquisitions. Mr. Braganza was part of the sales and operations planning effort of Companie de Saint-Gobain, a French multinational, between January of 1994 and December of 1996. Later he extended his financial experience at JP Morgan investment banking division in London and at Lazard Frères in New York City. From April 2000 to May 2005, he acted as a director at Time Warner's, AOL Latin America division where he was responsible for managing strategic alliances with media and telecom players in multiple countries in the region. Mr. Braganza earned a degree in Business Administration from the Fundação Armando Álvares Penteado.

*Our directors and director nominees*

*Lee Jacobson,* our director, is an entertainment executive with over 25 years of experience in the video game industry and 16 years of experience managing digital distribution at some of the most well-known publishers in the world. In January 2018, he co-founded and currently serves as the Chief Executive Officer for Robot Cache US, Inc., a PC games digital distribution company. From January 2017 to January 2018, Lee was the Managing Director of Converge Direct, LLC, a digital advertising agency, where he managed all of the analytics and software development operations for its clients. Beginning in September 2012, Lee was the Chief Executive Officer of Apmetrix Analytics Inc. until it liquidated its assets in 2019 in a Chapter 7 bankruptcy proceeding. From September 2009 to September 2012, Lee was a Senior Vice President, Licensing and Digital Publishing for Atari, where he was responsible for global licensing activities for all consumer products and interactive categories for the Atari brand and global publishing operations for the console and mobile business units. From August 1998 to August 2009, Lee was a Vice President, Business Development and Licensing, for Midway Games Inc., during which time he managed the worldwide licensing and business development functions. Prior to 1998, Lee was a Director of Business Development for Virgin Interactive Entertainment beginning in January 1997.

*Bruce J. Garelick* is our director nominee. Mr. Garelick is a venture capitalist/entrepreneur/c-level executive and disruptive technology investing enthusiast. Since August 2020, he has served as the chief-strategy-officer at Rocket One Capital. From May 2019 to August 2020, he served as Chief Financial Officer of Leaf Logix Technologies, Inc., a software company. From 2012 to May 2019, Mr. Garelick was the founder and Managing Partner of Garelick Capital Partners LP, a technology hedge fund. Prior thereto, from January 2005 to 2012, Mr. Garelick was a portfolio manager at Adge Capital LP. Mr. Garelick has dedicated his career to investing, molding, and guiding transformative growth technology companies. He has managed one of the largest technology hedge fund pools of capital in the world for a former Harvard University endowment investment manager to starting his own hedge fund, which grew into one of the top dedicated technology hedge funds in the world. He has since transitioned his investment focus and managerial skills to the private technology world, where he served as a lead investor and CFO of an industry defining software company to his current venture capital focus on early-stage technology companies at Rocket One Capital. Mr. Garelick received his MBA from The Wharton School at University of Pennsylvania and his bachelor's degree at Vanderbilt University. He is a CFA (Chartered Financial Analyst) holder.

*Justin Shaner,* our director nominee, founded and has been serving as Chief Executive Officer of Shaner Properties LLC, a real estate investment and development company, since February 2011. Mr. Shaner has been Vice President of Development for Shaner Hotels LP, one of the foremost award-winning hospitality owner-operators and management companies in the hospitality industry, since March 2018. Mr. Shaner has been serving as the Chief Executive Officer of Sobe Brooke Studios LLC, an independent film production company, since October 2012. From August 2013 to June 2016, Mr. Shaner served as a Partner and Producer of Radar Pictures in Los Angeles, California. From September 2007 to September 2015, Mr. Shaner served as the President and Chief Creative Officer of The JLS Agency, an award winning digital marketing agency. Since February 2021, Mr. Shaner has also served as a director of Benessere Capital Acquisition Corp. Mr. Shaner also serves as a board member for Shaner Ciocco S.r.l. which developed and manages the Renaissance Tuscany hotel. Mr. Shaner holds a Bachelor's degree from Pennsylvania State University.

*Brian C. Shevland* is our director nominee. Mr. Shevland has served since 2010 as CEO of Bluestone Capital Management, LLC, an SEC-registered investment advisor, and since 2012 as CEO of MCG Securities (d.b.a. "Merion Capital Group"), a FINRA registered Broker- Dealer. At Bluestone, in addition to his role as CEO, Mr. Shevland serves as lead portfolio manager and head of the Investment Committee that serves the needs of various investors, including an ETF, managed accounts, and a private fund. At MCG Securities, Mr. Shevland manages the growth strategy of the firm which is focused on macro-level research, investment banking, capital raising, and product distribution. Mr. Shevland has been in the financial services industry for over 20 years. Mr. Shevland earned his degree in Business and Spanish from the Honors Scholars Program at the University of North Carolina at Wilmington, studied International Finance at Roehampton University in London, England, and earned a certificate for coursework completed in Alternative Investments from the Wharton School at the University of Pennsylvania.

*Eric Swider,* our director nominee, has been serving as the Chief Executive Officer of RUBIDEX, a start-up company focusing on data security, since January 2020. Mr. Swider founded Renatus Advisors and has been serving as the Partner of Renatus LLC since June 2016, where he is responsible for FEMA grant management and government advisory services. From September 2016 to January 2018, Mr. Swider served as the Managing Director of Great Bay Global where he oversaw launch of new business division focused on investing in alternative strategies. From

December 2014 to June 2016, Mr. Swider served as the Managing Director of OHorizons Global, where he oversaw expansion of new investment team and was responsible for working on a global basis to expand client base and investment portfolio. From February 2010 to December 2015, Mr. Swider served as the Managing Director of Oceano Beach Resorts, where he was responsible for growing new property and resort management group. Since February 2021, Mr. Swider has also served as a director of Benessere Capital Acquisition Corp. Mr. Swider received his education in Mechanics Engineering and Nuclear Science Studies at US Naval Engineering and Nuclear A Schools, an intensive two-year program studying nuclear physics, heat transfer and fluid flow, advanced mathematical practices and engineering principles.

*Rodrigo Veloso* is our director nominee. Mr. Veloso was the founder and served as Chief Executive Officer of O.N.E. Coconut Water from 2005 to 2012, one of the original three ready-to-drink coconut water beverage companies. Mr. Veloso built the O.N.E. brand into a multi-million dollar business with distribution in over 25,000 retail stores in the United States and Canada. Mr. Veloso secured strategic and private equity investors for the company – PepsiCo and Catterton Partners, respectively, which led to PepsiCo's purchase of O.N.E. Coconut Water in 2012. Mr. Veloso has been serving as the principal of Unik Capital since 2013, a boutique investment firm with investments in technology, consumer goods and housing, which currently operates in the United States and Brazil. Mr. Veloso has been serving as the board member of Segurar.com since 2012, Brazil's first online insurance company. Mr. Veloso has been also serving since 2010 as the Co-Founder of BRIC Chamber, an organization established to encourage people from around the world to meet and talk about the development and advancement of programs and services in the fields of investment, entrepreneurship and innovation in Brasil, Russia, India, China ("BRIC") and other emerging countries.

4

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Miami, Florida, on the 8th day of July, 2021.

**Digital World Acquisition Corp.**

By: /s/ Patrick Orlando
Name: Patrick Orlando
Title: Chairman and Chief Executive Officer

Pursuant to the requirements of the Securities Act of 1933, as amended, this Registration Statement has been signed below by the following persons in the capacities and on the dates indicated.

| NAME | POSITION | DATE |
|---|---|---|
| /s/ Patrick Orlando<br>Patrick Orlando | Chief Executive Officer and Chairman<br>(principal executive officer) | July 8, 2021 |
| /s/ Luis Orleans-Braganza<br>Luis Orleans-Braganza | Chief Financial Officer<br>(principal financial and accounting officer) | July 8, 2021 |
| /s/ Lee Jacobson<br>Lee Jacobson | Director | July 8, 2021 |

II-8