# EXHIBIT "T"

**From:** Brian Shevland <shevland@yahoo.com>
**Date:** August 8, 2021 at 8:48:09 PM EDT
**To:** Patrick Orlando <porlando@beneinvest.com>
**Subject: Re: Shevland investment**

Ready to wire an investment tomorrow, let me know when you want to catch up.

Sent from my iPhone

> On Aug 7, 2021, at 3:04 PM, Patrick Orlando <porlando@beneinvest.com> wrote:
>
> Cool. Will look when get a chance. In transit.
>
> **Patrick F. Orlando**
> Founder and CEO
> BENEINVEST.COM     VIEW BIO     SPACs
>
> 
>
> Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.
>
> ---
>
> **From:** Brian C. Shevland <shevland@yahoo.com>
> **Sent:** Saturday, August 7, 2021 2:43:32 PM
> **To:** Patrick Orlando <porlando@beneinvest.com>
> **Subject:** Re: Shevland investment
>
> Patrick,
> Simple Excel sheet attached. I just organized it with cell descriptions to make it easier to follow along. The only number that should be edited is the Red number which is my personal investment amount.
>
> Thanks,

Brian

On Friday, August 6, 2021, 02:25:26 PM GMT-4, Patrick Orlando <porlando@beneinvest.com> wrote:

Yes please.

P

**Patrick F. Orlando**
Founder and CEO

BENEINVEST.COM     VIEW BIO     SPACs



Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

**From:** Brian Shevland <Shevland@yahoo.com>
**Sent:** Friday, August 6, 2021 2:24:41 PM
**To:** Patrick Orlando <porlando@beneinvest.com>
**Subject:** Re: Shevland investment

Yes, I have a simple excel model. If you would like me to provide it and save you the time just let me know.

Sent from my iPhone

> On Aug 5, 2021, at 4:23 PM, Patrick Orlando <porlando@beneinvest.com> wrote:
>
> Taking a look in just a bit. I have to model it up unless you have it handy-
> P
>
>
> Get Outlook for iOS
>
> **From:** Brian Shevland <Shevland@yahoo.com>
> **Sent:** Thursday, August 5, 2021 1:00:16 PM
> **To:** Patrick Orlando <porlando@beneinvest.com>
> **Subject:** Shevland investment
>
> Patrick,
> It sounds like we are rapidly approaching the IPO so it is time for me to close out my pre IPO work and make my

personal investment in sponsor shares. I am happy to discuss with you what amount you would like me to invest. Based on the calculation to arrive at a $3 share price for the capital stack that I introduced, the calculation at various investment levels would be as follows:

$50,000 - 260,022 shares
$100,000 - 276,689 shares
$250,000 - 326,689 shares
$500,000 - 410,022 shares

Per our agreement, I am prepared to invest up to an equal amount as you and at the same terms.  Without waiving that option, I am also willing to invest in this one instance pursuant to the chart above.

Once we get through the IPO, I plan to continue to add a tremendous amount of value and utilize my team to identify the ideal merger candidate and work towards a successful merger. My goal is to demonstrate such a significant amount of value that we can follow our agreement which gives us the right but not the obligation to invest up to equal amounts and equal terms into all SPAC projects after BENE. Let's keep discussing ways that we can both work together so that our relationship is mutually beneficial and that these projects are extremely successful for our investors.

Sincerely,
Brian