# EXHIBIT "W"

**From:** Alex Monje <amonje@beneinvest.com>
**Date:** August 10, 2021 at 12:50:59 PM EDT
**To:** Patrick Orlando <porlando@beneinvest.com>, Natalie Salume <nsalume@beneinvest.com>, "Brian C. Shevland" <shevland@yahoo.com>
**Cc:** Horacio Cruz <hcruz@beneinvest.com>
**Subject: Re: Digital World Funding Closed**

Hi Brian,

Apologies for the delayed response. As you can imagine, getting this IPO done in this market is taking up all our bandwidth and then some.

Concerning sponsor-level investments, as of about 3 weeks ago, we are overfunded and cannot accept any additional investments. In fact, we have already sent approximately $1MM back to investors and quite a few have elected to roll that investment over into our next SPAC or shifted to participating in the IPO, and we will likely still have to return substantial additional funds. Do not worry, per our agreement, your clients are the only set that will not have any of their investment returned to them. As you will see reflected on the amended S-1 filed this morning (link), due to current market conditions, the SPAC will very likely come out smaller than the anticipated $300MM and an incentive of 1,650,000 founder shares (all coming out of the company/Patrick) had to be provided to anchor investors to get this deal done. That's just the reality of the current market.

Concerning your share grant on DWAC, Horacio (copied) is working on the calculations which will be finalized after IPO. To be clear, your share grant will remain the same as the company is the one absorbing the entire loss of having to downsize the SPAC and providing the large incentive to anchors to get this deal done.

Please let us know if you want to participate in the IPO as that paperwork needs to be in asap.
Thank you.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer



BENEINVEST.COM        VIEW BIO        SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are
not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in
error, please advise us immediately by return email and delete the document.

---

**From:** Brian C. Shevland <shevland@yahoo.com>
**Sent:** Tuesday, August 10, 2021 12:13 PM
**To:** Patrick Orlando <porlando@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>; Alex
Monje <amonje@beneinvest.com>
**Subject:** Re: Digital World Funding Closed

Alexander and Patrick,

I certainly understand how busy you are, I put in hundreds of hours as well to make this
a success. If you can simply confirm for me that I will be able to make an investment
according to the terms discussed and the calculations provided in the spreadsheet I can
be patient. Are we in agreement?

Sincerely,
Brian

On Monday, August 9, 2021, 08:13:37 PM GMT-4, Alex Monje <amonje@beneinvest.com> wrote:

Hi Brian,

We've been on back to back conference calls and preparing for the IPO all day. We'll be at it well into
tonight as well as we need to price on Thursday. We'll do our best to coordinate and get back to you
tomorrow. Thanks.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer

**BENEINVEST.COM**   VIEW BIO   SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

**From:** Brian Shevland <Shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 7:55 PM
**To:** Patrick Orlando
**Cc:** Alex Monje
**Subject:** Re: Digital World Funding Closed

Thank you Natalie. I never heard from Patrick or Alex today so hopefully we can put this to bed tomorrow. I will be around all day and look forward to having this completed as soon as possible.

Sincerely,
Brian

Sent from my iPhone

> On Aug 9, 2021, at 1:02 PM, Patrick Orlando <porlando@beneinvest.com> wrote:
>
> Hi Brian,
>
> This is Natalie- I'm monitoring Patrick's emails.
>
> Patrick is currently traveling (in transit with limited Wi-Fi access) and along with Alex is working on the IPO. I have made Alex aware of your email and he will be reviewing and responding shortly. Thank you.
>
> Best,
> Natalie on behalf of
> **Patrick F. Orlando**
> Founder and CEO
> BENEINVEST.COM   VIEW BIO   SPACs



Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

**From:** Brian C. Shevland <shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 12:09 PM
**To:** Patrick Orlando <porlando@beneinvest.com>; Patrick Orlando <porlando@beneinvest.com>
**Subject:** Fw: Digital World Funding Closed


Patrick,

I assume the email below does not impact my personal investment into DWAC along the lines of our agreement, our communications last week, and the spreadsheet I sent you. I would feel a lot more comfortable if I can wire in my investment amount in today/tomorrow, and not worry that this slips through the cracks somehow.  Are we in agreement on the $100,000 investment amount and corresponding shares?  Let me know as soon as possible.

Sincerely,

Brian


----- Forwarded Message -----
**From:** Alex Cano <acano@beneinvest.com>
**To:** Shevland@yahoo.com <shevland@yahoo.com>
**Cc:** Patrick Orlando <porlando@beneinvest.com>; Alex Monje <amonje@beneinvest.com>; Horacio Cruz <hcruz@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>; Reilly. May <rmay@beneinvest.com>
**Sent:** Monday, August 9, 2021, 09:58:06 AM GMT-4
**Subject:** Digital World Funding Closed

 Dear Valued Consultant,

We are writing to inform you that as of last Thursday, August 5th, Digital World Acquisition Corp. was fully funded, and therefore, our funding effort for ARCII is now closed.

We are also happy to inform you that fundraising for future SPAC efforts has already commenced, and we can discuss directing any overflow interest towards these efforts.

We want to thank you, again, for your interest in Digital World Acquisition Corp.

Thank you and best regards,

**Alex Cano**
Chief Operating Officer

**From:** Alex Monje <amonje@beneinvest.com>
**Date:** August 10, 2021 at 12:50:59 PM EDT
**To:** Patrick Orlando <porlando@beneinvest.com>, Natalie Salume <nsalume@beneinvest.com>, "Brian
C. Shevland" <shevland@yahoo.com>
**Cc:** Horacio Cruz <hcruz@beneinvest.com>
**Subject: Re: Digital World Funding Closed**

Hi Brian,

Apologies for the delayed response. As you can imagine, getting this IPO done in this market is
taking up all our bandwidth and then some.

Concerning sponsor-level investments, as of about 3 weeks ago, we are overfunded and cannot
accept any additional investments. In fact, we have already sent approximately $1MM back to
investors and quite a few have elected to roll that investment over into our next SPAC or
shifted to participating in the IPO, and we will likely still have to return substantial additional
funds. Do not worry, per our agreement, your clients are the only set that will not have any of
their investment returned to them. As you will see reflected on the amended S-1 filed this
morning (link), due to current market conditions, the SPAC will very likely come out smaller
than the anticipated $300MM and an incentive of 1,650,000 founder shares (all coming out of
the company/Patrick) had to be provided to anchor investors to get this deal done. That's just
the reality of the current market.

Concerning your share grant on DWAC, Horacio (copied) is working on the calculations which
will be finalized after IPO. To be clear, your share grant will remain the same as the company is
the one absorbing the entire loss of having to downsize the SPAC and providing the large
incentive to anchors to get this deal done.

1

Please let us know if you want to participate in the IPO as that paperwork needs to be in asap. Thank you.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer



BENEINVEST.COM     VIEW BIO     SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

---

**From:** Brian C. Shevland <shevland@yahoo.com>
**Sent:** Tuesday, August 10, 2021 12:13 PM
**To:** Patrick Orlando <porlando@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>; Alex Monje <amonje@beneinvest.com>
**Subject:** Re: Digital World Funding Closed

Alexander and Patrick,

I certainly understand how busy you are, I put in hundreds of hours as well to make this a success. If you can simply confirm for me that I will be able to make an investment according to the terms discussed and the calculations provided in the spreadsheet I can be patient. Are we in agreement?

Sincerely,
Brian

On Monday, August 9, 2021, 08:13:37 PM GMT-4, Alex Monje <amonje@beneinvest.com> wrote:

Hi Brian,

We've been on back to back conference calls and preparing for the IPO all day. We'll be at it well into tonight as well as we need to price on Thursday. We'll do our best to coordinate and get back to you tomorrow. Thanks.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer

[BENEINVEST.COM](BENEINVEST.COM)   VIEW BIO   SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

**From:** Brian Shevland <Shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 7:55 PM
**To:** Patrick Orlando
**Cc:** Alex Monje
**Subject:** Re: Digital World Funding Closed

Thank you Natalie. I never heard from Patrick or Alex today so hopefully we can put this to bed tomorrow. I will be around all day and look forward to having this completed as soon as possible.

Sincerely,
Brian

Sent from my iPhone

> On Aug 9, 2021, at 1:02 PM, Patrick Orlando <porlando@beneinvest.com> wrote:
>
> Hi Brian,
>
> This is Natalie- I'm monitoring Patrick's emails.
>
> Patrick is currently traveling (in transit with limited Wi-Fi access) and along with Alex is working on the IPO. I have made Alex aware of your email and he will be reviewing and responding shortly. Thank you.
>
> Best,
> Natalie on behalf of
> **Patrick F. Orlando**
> Founder and CEO
> BENEINVEST.COM   VIEW BIO   SPACs



Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

**From:** Brian C. Shevland <shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 12:09 PM
**To:** Patrick Orlando <porlando@beneinvest.com>; Patrick Orlando <porlando@beneinvest.com>
**Subject:** Fw: Digital World Funding Closed

Patrick,

I assume the email below does not impact my personal investment into DWAC along the lines of our agreement, our communications last week, and the spreadsheet I sent you. I would feel a lot more comfortable if I can wire in my investment amount in today/tomorrow, and not worry that this slips through the cracks somehow.  Are we in agreement on the $100,000 investment amount and corresponding shares?  Let me know as soon as possible.

Sincerely,

Brian


----- Forwarded Message -----
**From:** Alex Cano <acano@beneinvest.com>
**To:** Shevland@yahoo.com <shevland@yahoo.com>
**Cc:** Patrick Orlando <porlando@beneinvest.com>; Alex Monje <amonje@beneinvest.com>; Horacio Cruz <hcruz@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>; Reilly. May <rmay@beneinvest.com>
**Sent:** Monday, August 9, 2021, 09:58:06 AM GMT-4
**Subject:** Digital World Funding Closed

 Dear Valued Consultant,

We are writing to inform you that as of last Thursday, August 5th, Digital World Acquisition Corp. was fully funded, and therefore, our funding effort for ARCII is now closed.

We are also happy to inform you that fundraising for future SPAC efforts has already commenced, and we can discuss directing any overflow interest towards these efforts.

We want to thank you, again, for your interest in Digital World Acquisition Corp.

Thank you and best regards,

**Alex Cano**
Chief Operating Officer