# EXHIBIT "X"

**From:** Horacio Cruz <hcruz@beneinvest.com>
**Date:** August 11, 2021 at 12:36:34 PM EDT
**To:** Alex Monje <amonje@beneinvest.com>, "Brian C. Shevland" <shevland@yahoo.com>, Patrick Orlando <porlando@beneinvest.com>, Natalie Salume <nsalume@beneinvest.com>
**Subject: Re: Digital World Funding Closed**

Hi Brian,

Please find attached our preliminary calculations based on the agreement.

Final calculations will be sent after the overallotment.

Thanks,
Horacio

**Horacio Cruz**
CFO

M: 305.987.6461
E.   hcruz@beneinvest.com
W:  www.beneinvest.com



***CONFIDENTIALITY NOTICE***This email contains confidential information which may also be legally privileged, and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox. Thank you.

**From:** Alex Monje <amonje@beneinvest.com>
**Sent:** Wednesday, August 11, 2021 12:23 PM
**To:** Brian C. Shevland <shevland@yahoo.com>; Patrick Orlando <porlando@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>
**Cc:** Horacio Cruz <hcruz@beneinvest.com>
**Subject:** Re: Digital World Funding Closed

Hi Brian,

For further clarification, the raise has been closed for some time now, the trust was fully funded early last week, escrows are cleared and closed, and no further investments are being accepted for ARCII/DWAC at the risk capital level. In fact, as I previously mentioned, we are having to return a portion of the risk capital investment and the many requests for additional investment are being accommodated at the IPO level and/or in our next efforts. We cannot accommodate requests to invest post closing of the risk capital raise as this would be unfair to the investors that funded on time that are already being refunded portions of their investments. Our raise was open for a long time and it was communicated to investors that demand was very strong. Those that acted and funded early are in the best position, along with your investors whose funds cannot be returned.

Please promptly advise if you would like to direct your proposed investment to the DWAC IPO.

I have reviewed your emails with Pat regarding the share grant and the deal was that you would raise funds and the final average of the raise would be calculated. Based on

that calculation, you and Patrick would spilt evenly any economics above $3. Your portion would then be able to be converted to shares at your election at $3 per share. Horacio, who is responsible for calculating your grant, is performing the calculation and is sending that shortly. You may then advise how much of the credit you wish to convert.

If you have any additional questions, please let us know.  Thank you.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer



[BENEINVEST.COM](http://BENEINVEST.COM)    VIEW BIO    SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

> **From:** Brian C. Shevland <shevland@yahoo.com>
> **Sent:** Wednesday, August 11, 2021 8:20 AM
> **To:** Patrick Orlando; Natalie Salume; Alex Monje
> **Cc:** Horacio Cruz
> **Subject:** Re: Digital World Funding Closed
>
> Alex,
> In all sincerity I am not sure if I understand this message. Are you saying that you are going to honor the agreement and therefore the calculations on the spreadsheet which I provided? If so, do I need to send money or submit docs before the IPO? I can send a wire today. There are no calculations that Horacio should need to perform, the math is very simple, and the average share price of the capital I introduced and the investment that I make will average $3/share as discussed. The spreadsheet I provided already performs the calculation for you and it is accurate.
>
> Secondarily, regarding the size of the SPAC, the S1 which you sent to me still indicates a $300M SPAC. What am I missing? What has changed? Is there a reason that these changes are not being communicated to the Directors of the SPAC?
>
> I anxiously await your response.
>
> Sincerely,
> Brian
>
> On Tuesday, August 10, 2021, 12:50:59 PM GMT-4, Alex Monje <amonje@beneinvest.com> wrote:

3

Hi Brian,

Apologies for the delayed response. As you can imagine, getting this IPO done in this market is taking up all our bandwidth and then some.

Concerning sponsor-level investments, as of about 3 weeks ago, we are overfunded and cannot accept any additional investments. In fact, we have already sent approximately $1MM back to investors and quite a few have elected to roll that investment over into our next SPAC or shifted to participating in the IPO, and we will likely still have to return substantial additional funds. Do not worry, per our agreement, your clients are the only set that will not have any of their investment returned to them. As you will see reflected on the amended S-1 filed this morning ([link](link)), due to current market conditions, the SPAC will very likely come out smaller than the anticipated $300MM and an incentive of 1,650,000 founder shares (all coming out of the company/Patrick) had to be provided to anchor investors to get this deal done. That's just the reality of the current market.

Concerning your share grant on DWAC, Horacio (copied) is working on the calculations which will be finalized after IPO. To be clear, your share grant will remain the same as the company is the one absorbing the entire loss of having to downsize the SPAC and providing the large incentive to anchors to get this deal done.

Please let us know if you want to participate in the IPO as that paperwork needs to be in asap. Thank you.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer



[BENEINVEST.COM](BENEINVEST.COM)   [VIEW BIO](VIEW BIO)   [SPACs](SPACs)

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

---

**From:** Brian C. Shevland <[shevland@yahoo.com](shevland@yahoo.com)>
**Sent:** Tuesday, August 10, 2021 12:13 PM
**To:** Patrick Orlando <[porlando@beneinvest.com](porlando@beneinvest.com)>; Natalie Salume <[nsalume@beneinvest.com](nsalume@beneinvest.com)>; Alex Monje <[amonje@beneinvest.com](amonje@beneinvest.com)>
**Subject:** Re: Digital World Funding Closed

4

Alexander and Patrick,

I certainly understand how busy you are, I put in hundreds of hours as well to make this a success. If you can simply confirm for me that I will be able to make an investment according to the terms discussed and the calculations provided in the spreadsheet I can be patient. Are we in agreement?

Sincerely,
Brian


On Monday, August 9, 2021, 08:13:37 PM GMT-4, Alex Monje <amonje@beneinvest.com> wrote:


Hi Brian,

We've been on back to back conference calls and preparing for the IPO all day. We'll be at it well into tonight as well as we need to price on Thursday. We'll do our best to coordinate and get back to you tomorrow. Thanks.

Best regards,

**Alexander J. Monje**
Partner, Chief Legal Officer



BENEINVEST.COM    VIEW BIO    SPACs

Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

---

**From:** Brian Shevland <Shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 7:55 PM
**To:** Patrick Orlando
**Cc:** Alex Monje
**Subject:** Re: Digital World Funding Closed

Thank you Natalie. I never heard from Patrick or Alex today so hopefully we can put this to bed tomorrow. I will be around all day and look forward to having this completed as soon as possible.

Sincerely,
Brian

Sent from my iPhone

> On Aug 9, 2021, at 1:02 PM, Patrick Orlando <porlando@beneinvest.com> wrote:
>
> Hi Brian,
>
> This is Natalie- I'm monitoring Patrick's emails.
>
> Patrick is currently traveling (in transit with limited Wi-Fi access) and along with Alex is working on the IPO. I have made Alex aware of your email and he will be reviewing and responding shortly. Thank you.
>
> Best,
> Natalie on behalf of
> **Patrick F. Orlando**
> Founder and CEO
> BENEINVEST.COM     VIEW BIO     SPACs



Notice - The information contained in this email is confidential and is for use only by the intended recipient. If you are not the intended recipient, you must not disclose or use the information in this email in any way. If you received it in error, please advise us immediately by return email and delete the document.

---

**From:** Brian C. Shevland <shevland@yahoo.com>
**Sent:** Monday, August 9, 2021 12:09 PM
**To:** Patrick Orlando <porlando@beneinvest.com>; Patrick Orlando <porlando@beneinvest.com>
**Subject:** Fw: Digital World Funding Closed

Patrick,

I assume the email below does not impact my personal investment into DWAC along the lines of our agreement, our communications last week, and the spreadsheet I sent you. I would feel a lot more comfortable if I can wire in my investment amount in today/tomorrow, and not worry that this slips through the cracks somehow. Are we in agreement on the $100,000 investment amount and corresponding shares? Let me know as soon as possible.

Sincerely,

Brian

----- Forwarded Message -----
**From:** Alex Cano <acano@beneinvest.com>
**To:** Shevland@yahoo.com <shevland@yahoo.com>
**Cc:** Patrick Orlando <porlando@beneinvest.com>; Alex Monje <amonje@beneinvest.com>; Horacio Cruz <hcruz@beneinvest.com>; Natalie Salume <nsalume@beneinvest.com>; Reilly. May <rmay@beneinvest.com>
**Sent:** Monday, August 9, 2021, 09:58:06 AM GMT-4
**Subject:** Digital World Funding Closed

Dear Valued Consultant,

We are writing to inform you that as of last Thursday, August 5th, Digital World Acquisition Corp. was fully funded, and therefore, our funding effort for ARCII is now closed.

We are also happy to inform you that fundraising for future SPAC efforts has already commenced, and we can discuss directing any overflow interest towards these efforts.

We want to thank you, again, for your interest in Digital World Acquisition Corp.

Thank you and best regards,

**Alex Cano**
Chief Operating Officer



| ACTUAL | | |
|---|---|---|
| Total Raised | $ | 2,330,000 |
| Total Shares | | 582,500 |
| | | |
| Reference Price | $ | 3.00 |
| Reference Amount @$3 | $ | 1,747,500 |
| | | |
| Difference Actual vs. Ref | $ | 582,500 |
| Brian S % | | 50% |
| Brian S Total Credit | $ | 291,250.00 |
| | | |
| Brian S Conversion Price | $ | 3.00 |
| Shares if all Converted | | 97,083 |

| WITH ADJUSTMENT | | |
|---|---|---|
| Total Adjusted Raised | $ | 2,391,250.00 |
| Total Shares | | 582,500 |
| | | |
| Reference Price | $ | 3.00 |
| Reference Amount @$3 | $ | 1,747,500 |
| | | |
| Difference Actual vs. Ref | $ | 643,750 |
| Brian S % | | 50% |
| Brian S Total Credit | $ | 321,875.00 |
| | | |
| Brian S Conversion Price | $ | 3.00 |
| Shares if all Converted | | 107,292 |

Investor
Andrew McOrmond
Ben Lower
Brett Heath
Clint Hedin
Francisco Farina
Garrett Taylor
John Lee Dumas
Josh Arant
Mario Nordet
Patrick Devane
Ryan Simmons
Sanjay Chandiram
Scott Thomas
Basil Barouki
Daniel Farina
Erik Sandvig
Richard Sparrow
Ian Sells
Jeff Czajkowski
Caleb Porter
Aaron Leon
Gregg Alper
Mike Melkerson
Jason Shevland

TOTALS
AVERAGE

| ACTUAL | | | | Investor | Actual Cash in $ | WITH ADJU... Actual Price |
|---|---|---|---|---|---|---|
| Amount $ | Price | | Shares | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | ADJUSTED | $ 500,000 | $4 |
| $ 50,000.00 | $ 4.00 | | 12,500 | NON-ADJUSTED | $ 1,830,000 | $4 |
| $ 80,000.00 | $ 4.00 | | 20,000 | TOTALS | $ 2,330,000 | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 250,000.00 | $ 4.00 | | 62,500 | | | |
| $ 200,000.00 | $ 4.00 | | 50,000 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 250,000.00 | $ 4.00 | | 62,500 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 50,000.00 | $ 4.00 | | 12,500 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| $ 100,000.00 | $ 4.00 | | 25,000 | | | |
| | | | | | | |
| $ 2,330,000.00 | | | 582,500 | | | |
| | $ 4.00 | | | | | |

| STMENT | | |
|---|---|---|
| Adjusted Price | Adjust/Act | Adjusted Calculation |
| $4.49 | 112% | $561,250 |
| $4 | 100% | $1,830,000 |
| | | $ 2,391,250 |