# EXHIBIT "FF"

SEC Form 4

| | | |
|---|---|---|
| **FORM 4** | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>Washington, D.C. 20549<br><br>**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934<br>or Section 30(h) of the Investment Company Act of 1940 | **OMB APPROVAL**<br>OMB Number: 3235-0287<br>Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| ARC Global Investments II LLC | Digital World Acquisition Corp. [ DWACU ] | Director — X 10% Owner<br>Officer (give title below) — Other (specify below) |
| (Last) (First) (Middle)<br>C/O DIGITAL WORLD ACQUISITION CORP.<br>78 SW 7TH STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>09/08/2021 | |
| (Street)<br>MIAMI FL 33130<br>(City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 09/08/2021 | | P | | 1,133,484(1) | A | $10 | 1,133,484(1) | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (2) | 09/08/2021 | | S | | | 1,650,000(4) | (2) | (2) | Class A Ordinary Shares | 1,650,000(4) | $0 003 | 5,490,000(3) | D | |

**Explanation of Responses:**

1  These shares are underlying units (each unit consisting of one share of Class A common stock and one half of one warrant, each whole warrant exercisable to purchase one share of Class A common stock) held by ARC Global Investments II LLC (the "Sponsor"), acquired pursuant to a unit subscription agreement by and between the Sponsor and the issuer

2  As described in the issuer's registration statement on Form S-1 (File No  333-256472) under the heading "Description of Securities--Founder Shares," the shares of Class B common stock, par value $0 0001 per share, will automatically be converted into shares of Class A common stock, par value $0 0001 per share, at the time of the issuer's initial business combination, on a one-for-one basis, subject to certain adjustments described therein, and have no expiration date

3  These shares represent Class B common stock held by the Sponsor acquired pursuant to a subscription agreement by and between the Sponsor and the issuer

4  In connection with the closing of the issuer's initial public offering, the Sponsor transferred these shares to anchor investors pursuant to investment agreements by and among the issuer, the Sponsor and each anchor investor as described in the Registration Statement under the heading "Summary - The Offering - Expressions of Interest "

| | |
|---|---|
| /s/ Patrick Orlando, as Managing Member of ARC Global Investments II LLC | 09/09/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**