UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| BRIAN SHEVLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK ORLANDO and ) <br> ARC GLOBAL INVESTMENTS II, LLC, ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:21-cv-24324-DPG |

**PLAINTIFF'S *UNOPPOSED* MOTION TO CONTINUE
TRIAL DATE AND EXTEND DISCOVERY DEADLINES**

Pursuant to Local Rule 7.6, Federal Rule of Civil Procedure 6(b), and Local Rule 7.1, Plaintiff Brian Shevland ("Shevland") respectfully moves to continue the scheduled trial date in the above matter from **August 14, 2023** to **March 11, 2024**, and further requests a commensurate extension of all discovery deadlines as set forth in the attached Proposed Scheduling Order. In support of this request, Plaintiff states as follows:

1. On September 19, 2022, Magistrate Judge Edwin G. Torres denied Defendant ARC Global Investments II, LLC's ("ARC") Motion to Compel Arbitration and Stay Proceedings (ECF no. 45).

2. On September 30, 2022, ARC filed an appeal of the Magistrate Judge's Order on its Motion to Compel (ECF no. 46).

3. Plaintiff Brian Shevland ("Shevland") replied in opposition to ARC's appeal on October 14, 2022 (ECF no. 47) and ARC filed a reply brief on October 21, 2022 (ECF no. 48).

4. This Court's decision on ARC's appeal from the Magistrate Judge's Order is still pending as of the date of this Motion.

5. In light of the nature of ARC's motion, the parties have not yet begun discovery on this case.

6. The currently scheduled discovery schedule and trial date are unrealistic at this point, and the parties will require additional time to conduct discovery and prepare for trial if ARC's appeal is denied.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(A)(3), the undersigned certifies that Shevland's counsel conferred with Defendants' counsel regarding the relief sought in this motion. Defendants' counsel advised that ARC Investments II, LLC ("ARC"), takes no position on the Motion, as it is Defendant's position that the issues presented in this action are arbitrable. Accordingly, ARC is *unopposed* to the relief sought herein, provided that the relief does not affect Defendants' rights regarding their pending Joint Motion to Compel Arbitration and Stay Case, ECF No. 18, and Defendants' lack of opposition to this Motion for Extension is not construed in any way as a waiver of the right to compel arbitration of this action.

Date: March 14, 2023

Respectfully submitted,

*/s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 827029
Jonathan E. Feuer
Florida Bar No. 68752
LASH & GOLDBERG LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040 | Fax: (305) 347-3050
mgoldberg@lashgoldberg.com

-and-

William C. Nystrom (*pro hac vice*)
Raquel Frisardi (*pro hac vice*)
NYSTROM BECKMAN & PARIS LLP
One Marina Park Drive, 15th Floor
Boston, MA 02210
(617) 778-9100
wnystrom@nbparis.com
rfrisardi@nbparis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2023 I electronically filed the foregoing document with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing to counsel of record.

By: /s/ *Martin B. Goldberg*
Martin B. Goldberg