IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 21-24324-CV-GAYLES

BRIAN SHEVLAND,

       Plaintiff,

v.

PATRICK ORLANDO, and
ARC GLOBAL INVESTMENTS II, LLC,

       Defendants.

_____/

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

    Attorney Adam L. Schwartz files this Notice of Change of Firm and Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

| | |
|---|---|
| Law Firm: | Vedder Price (FL), LLP |
| Address: | 600 Brickell Avenue, Suite 1500 |
| | Miami, Florida 33131 |
| Email: | aschwartz@vedderprice.com |
| Telephone: | (786) 741-3240 |

Dated: June 26, 2023

-2-

Respectfully submitted,

Vedder Price (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
T: +1 (786) 741 3240
F: +1 (786)741 3202


By: *s/ Adam L. Schwartz*
　　Adam L. Schwartz
　　Email: aschwartz@vedderprice.com
　　Florida Bar No. 103163