UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-24324-CIV-GAYLES

BRIAN SHEVLAND,

    Plaintiff,

vs.

PATRICK ORLANDO and
ARC GLOBAL INVESTMENTS II, LLC,

    Defendants.

**THIRD AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendant ARC Global Investments II, LLC ("ARC"), in accordance with this Court's April 15, 2024, Order [ECF No. 83] and Federal Rule of Civil Procedure 7.1(b)(2), hereby submits its third amended corporate disclosure statement.[1] Based on information provided to ARC to date, ARC's members' names and their respective states of citizenship are clearly listed by number as follows:

| Member Name | State of Citizenship |
|---|---|
| 1  Aaron Leon | California |
| 2  Maraberto Ltd. | Brazil |

---

[1] On April 3, 2024, ARC filed a redacted amended corporate disclosure statement that erroneously included names of potential interested persons. [ECF No. 80]. To ensure accuracy, such persons have been removed so that only ARC members are provided here. On April 17, 2024, ARC filed a Second Amended Corporate Disclosure Statement that also included potential interested persons. [ECF No. 84]. Those persons have been removed from this list, which has been updated.

| | | |
|---|---|---|
| 3 | Alessandro Bonorino[2] | Brazil |
| 4 | Alessandra Origgi | El Salvador |
| 5 | Stanislav Oskin | California |
| 6 | Sebastian Stupurac | California |
| 7 | Alexander Rothman | Florida |
| 8 | Allen Beyer | Illinois |
| 9 | Andrew McOrmond | Florida |
| 10 | Collection 14, LLC | Delaware |
| 11 | Anirudh Pendurthi | Florida |
| 12 | Anthony DiTommaso | New Jersey |
| 13 | Belsize Ventures Ltd. | Cayman Islands |
| 14 | Axel Barrocas | Florida |
| 15 | Basil Barouki/Vanessa Barouki | California |
| 16 | Benjamin Hunt | Georgia |
| 17 | Benjamin Lower | California |
| 18 | Bert Van Keulen | New York |
| 19 | Bravo Golf S.A. | Guatemala |
| 20 | Boris R. Gabriel | Guatemala |
| 21 | Bradford Going | New Jersey |
| 22 | Brett Heath | California |
| 23 | Brian Goldmeier | Florida |
| 24 | Brian May | Florida |
| 25 | Madison Trust Co FBO Caleb Porter | California |
| 26 | Caleb Porter | California |
| 27 | Carlos Parraga | Peru |
| 28 | Carlos Springmuhl | Guatemala |
| 29 | Carmen Withers | Peru |
| 30 | Chris Beckman | Florida |
| 31 | Chris Langan | Illinois |
| 32 | Clint Hedin | Washington |
| 33 | Daniel Farina | California |
| 34 | Deborah Withers | Peru |
| 35 | Edward Shae | New Jersey |
| 36 | Eric Gros-Dubois | Florida |
| 37 | Eric Hannelius | California |
| 38 | Hunting Hill, LLC | Rhode Island |

---

[2] All names in this list that are indented relate to, or are associated with, the entity listed directly above that is not indented.  For example, the name listed as number 3, "Alessandro Bonorino," is related to, or associated with, the entity name listed as number 2, "Maraberto Ltd."

| | | |
|---|---|---|
| 39 | Eric Yeghian | Florida |
| 40 | Erik Sandvig | California |
| 41 | Fabiola Posada de Lima | Guatemala |
| 42 | Fernando Rojas | Florida |
| 43 | Francisco Farina | Puerto Rico |
| 44 | Gabriel Ramirez Prado | El Salvador |
| 45 | Garrett Taylor | Puerto Rico |
| 46 | Gerald Shvartsman | Florida |
| 47 | Gregg Alper | Florida |
| 48 | Gregory Ferrara | Florida |
| 49 | Harish Dadoo | Massachusetts |
| 50 | Hartley Wasko | Florida |
| 51 | Herbert Gonzalez | Guatemala |
| 52 | Ian Sells | California |
| 53 | Ivano Westin | Brazil |
| 54 | Jamie Fegler | Florida |
| 55 | Jason Shevland | Massachusetts |
| 56 | Jeff Czajkowski | Pennsylvania |
| 57 | Jennifer Withers | Florida |
| 58 | Jeremy Bloomfield | Georgia |
| 59 | Pedra Petra Corp. | Brazil |
| 60 | Joao Paulo Maluf | Brazil |
| 61 | John Lee Dumas | Puerto Rico |
| 62 | Jorge Cano | North Carolina |
| 63 | ACRA Assets S.A. | Panama |
| 64 | Jorge Rolando Robles | Guatemala |
| 65 | Jose Roberto Lima | Guatemala |
| 66 | Josefina Rosito Godoy | Guatemala |
| 67 | Josh Arant | Puerto Rico |
| 68 | Blue Moon Industries, Inc. | Panama |
| 69 | Juan Antonio Miro Llort | Guatemala |
| 70 | Justin Shaner | Florida |
| 71 | Mundorado S.A. | Panama |
| 72 | Kerim Eduardo Salume | El Salvador |
| 73 | Lance T. Shaner | Florida |
| 74 | Sabia Ventures LLC | Brazil |
| 75 | Luis Braganza | Brazil |
| 76 | Luis Marin | Florida |
| 77 | Trent Boyett, LLC | Florida |

| | | |
|---|---|---|
| | 78  Marilyn Milian Schlesinger | Florida |
| 79 | Actionable Agency, LLC | Puerto Rico |
| | 80  Mario Nordet | Puerto Rico |
| 81 | Michael Bloomfield | Georgia |
| 82 | Rocket Holdings, LLC | Florida/BVI |
| | 83  Michael Shvartsman | Florida |
| 84 | Michael Melkersen | Puerto Rico |
| 85 | Mike Peroutka | Missouri |
| 86 | Nacif Kharrat | Brazil |
| 87 | NEUNION, LLC | New York |
| | 88  Navin Mahtani | New York |
| 89 | Inversiones D, S.A. | Panama |
| | 90  Otto Dubois | Guatemala |
| 91 | Patrick Devane | California |
| 92 | Wacanga Investments LLC | Delaware |
| | 93  Patrick Maloy | Florida |
| 94 | Paulo Coimbra | Brazil |
| 95 | Rafael Moura | Brazil |
| 96 | Ray Corral | Florida |
| 97 | ADGH LLC | Puerto Rico |
| | 98  Marci Sparrow | Puerto Rico |
| 99 | Ryan Hoyt | Florida |
| 100 | Ryan Simmons | Puerto Rico |
| 101 | Samy Elias Jazrawi | Panama |
| 102 | Sanjay Chandiram | Puerto Rico |
| 103 | Scott Thomas | Puerto Rico |
| 104 | Sebastian Castaño Garcia | Peru |
| 105 | Steve Breier | Florida |
| 106 | Steve Langan | New Jersey |
| 107 | Steven de La Fe | Florida |
| 108 | Thaisa Maria Codo Santos Ferreira | Brazil |
| 109 | Thomas Michael Marston | South Carolina |
| 110 | Southern Rock Investors, LLC | Florida |
| | 111  V Brown Family Investments, LLC | Florida |
| | 112  Victor Brown Family Trust | Florida |
| | 113  Tracey Brown, Trustee, Victor Brown Family Trust | Florida |

-5-

| | | |
|---|---|---|
| 114 | Victor Brown, member V Brown Family Investments, LLC, Trustee Victor Brown Family Trust, Trustee D Brown Family Trust | Delaware |
| 115 | SAJ Holdings, LLC, Member, Southern Rock Investors, LLC | Florida |
| 116 | Stephen Blumenthal, Member, SAJ Holdings, LLC | Florida |
| 117 | Allison Blumenthal, Member, SAJ Holdings, LLC and Southern Rock Investors, LLC | Florida |
| 118 | Jillian Blumenthal, Member, SAJ Holdings, LLC | Florida |
| 119 | D Brown Family Trust | Florida |
| 120 | Patricia Brown, member Southern Rock Investors, LLC | Florida |
| 121 | Michael Wohl | Florida |
| 122 | D Brown Family Investments LLC | Florida |
| 123 | David Brown, member D Brown Family Investments LLC, Trustee Victor Brown Family Trust; Trustee D Brown Family Trust | Florida |
| 124 | Victor Brown | Florida |
| 125 | Vikram Tekriwal | Florida |
| 126 | Power VC Ltd. | Brazil |
| 127 | Vinicius Canheu | Brazil |
| 128 | Vanessa Withers | Texas |
| 129 | Wilfred Bruijn (bil) | Brazil |
| 130 | Rodrigo Veloso | Florida |
| 131 | Antonio Cachay | Florida |
| 132 | Patrick Orlando | Florida |
| 133 | Benessere Enterprises Inc. | Florida |
| 134 | Franlu, LLC | Florida |
| 135 | Patrick Orlando, Member of Franlu, LLC | Florida |
| 136 | Jennifer Withers, Member of Franlu, LLC | Florida |
| 137 | Bigfivefam Trust (Belizean Trust & Member of Franlu, LLC) | Belize |
| 138 | Wilber Callapiña, Trustee of Bigfivefam Trust | Peru |

ARC is currently unable to ascertain the citizenship of each of its members whose citizenship may be attributed to ARC because, despite requesting such information, some of the members of ARC are limited liability companies whose own members are not known to ARC. To

-6-

the extent ARC obtains such information, ARC will supplement this Amended Corporate Disclosure Statement.

| Dated: April 23, 2024 | Sallah Astarita & Cox, LLC<br>*Counsel for ARC Global Investments II, LLC*<br>Sallah Astarita & Cox, LLC<br>3010 North Military Trail, Suite 210<br>Boca Raton, FL 33431<br>Tel.: (561) 989-9080<br>Fax: (561) 989-9020<br><br>/s/Jeffrey L. Cox, Esq.<br>James D. Sallah<br>Florida Bar No. 0092584<br>Email: jds@sallahlaw.com<br>Jeffrey L. Cox, LLC<br>Florida Bar No. 0173479<br>Email: jlc@sallahlaw.com<br>Joshua A. Katz<br>Florida Bar No. 0848301<br>Email: jak@sallahlaw.com |
|---|---|

## Certificate of Service

I HEREBY CERTIFY that I have filed the foregoing through CM/ECF and have thereby served the counsel of record in this action listed below on April 23, 2024.

/s/Jeffrey L. Cox, Esq.

-7-

## SERVICE LIST

Martin B. Goldberg, Esq. (Service via CM/ECF)
Jonathan Elan Feuer, Esq. (Service via CM/ECF)
Lash & Goldberg LLP
*Counsel for Plaintiff*
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
(305) 347-4040
Fax: (305) 347-4050
Email: mgoldberg@lashgoldberg.com
       jfeuer@lashgoldberg.com

William C. Nystrom, Esq. (Service via CM/ECF)
Christine Kingston, Esq. (Service via CM/ECF)
Nystrom Beckman & Paris, LLP
*Counsel for Plaintiff*
One Marina Park Drive
15th Floor
Boston, MA 02210
617-778-9100
Email: wnystrom@nbparis.com
       rfrisardi@nbparis.com
       ckingston@nbparis.com