UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cv-24324-DPG

BRIAN SHEVLAND,

    Plaintiff,

v.

PATRICK ORLANDO and
ARC GLOBAL INVESTMENTS II, LLC,

    Defendants.

_____ /

## NOTICE OF FILING DECLARATION OF PATRICK FRANCIS ORLANDO

Please take notice that Defendant ARC Global Investments II, LLC, by and through the undersigned counsel, files the Declaration of Patrick Francis Orlando with accompanying exhibits ("Declaration") in connection with the evidentiary hearing regarding subject matter jurisdiction set for April 30, 2024. Notably, the undersigned counsel has redacted the exhibits to the Declaration in accordance with Federal Rule of Civil Procedure 5.2 and Section 6 of the CM/ECF Administrative Procedures for the District as well as to protect confidential and private financial information.

Dated: April 30, 2024

Respectfully submitted,

/s/Jeffrey L. Cox
Jeffrey L. Cox
Fla. Bar No. 0173479
James D. Sallah, Esq.
Fla. Bar No. 0092584
Joshua A. Katz, Esq.
Fla. Bar No. 0848301

**SALLAH ASTARITA & COX, LLC**
3010 N. Military Trail, Suite 210

Boca Raton, Florida 33431<br>
Tel: (561) 989-9080; Fax: (561) 989-9020<br>
Emails: jlc@sallahlaw.com<br>
jds@sallahlaw.com<br>
jak@sallahlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, a true and correct copy of the foregoing was served on all counsel or parties of record by the means set forth in the Service List below.

s/ Jeffrey L. Cox

## SERVICE LIST

Martin B. Goldberg, Esq. (Service via CM/ECF)
Jonathan Elan Feuer, Esq. (Service via CM/ECF)
Lash & Goldberg LLP
*Counsel for Plaintiff*
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
(305) 347-4040
Fax: (305) 347-4050
Email: mgoldberg@lashgoldberg.com
jfeuer@lashgoldberg.com

William C. Nystrom, Esq. (Service via CM/ECF)
Christine Kingston, Esq. (Service via CM/ECF)
Nystrom Beckman & Paris, LLP
*Counsel for Plaintiff*
One Marina Park Drive
15th Floor
Boston, MA 02210
617-778-9100
Email: wnystrom@nbparis.com
ckingston@nbparis.com