## DECLARATION OF PATRICK FRANCIS ORLANDO

Pursuant to 28 U.S.C. § 1746, I, Patrick Francis Orlando, declare:

1. My name is Patrick Francis Orlando, and I am over eighteen years of age and competent to furnish this declaration.

2. I make this declaration based upon my personal knowledge.

3. I am the Managing Member of Defendant ARC Global Investments II LLC ("ARC"), a Delaware limited liability company. Some ARC members recently sought to remove me as ARC's Managing Member. Those ARC members sought confirmation of that removal in the Delaware Court of Chancery through the action captioned *Leon, et al. v. Orlando, et al.*, Del. Ch., C.A. No. 2024-0311-LWW, Will, V.C. (Mar. 26, 2024) ("Delaware Action"). On April 11, 2024, Vice Chancellor Lori W. Will entered a Status Quo Order in the Delaware Action affirming that I am ARC's sole Manager and/or Managing Member during the pendency of the Delaware Action. Attached as **Exhibit "1"** is a certified copy of the Status Quo Order. *See* ¶2 (stating "Patrick Orlando shall be the sole Manager and Managing Member of ARC with full authority to act on ARC's behalf").

4. Attached as **Composite Exhibit "2"** are certified copies of the "Verified Complaint Pursuant to 6 *Del. C.* § 18-110" filed against me and ARC along with the accompanying verifications in the Delaware Action.

5. As ARC's Managing Member, I am the custodian of ARC's records. I, accordingly, certify that the documents and records attached as Exhibit "1" through Exhibit "15" are true and accurate copies of records that were: 1) made at or near the time of the underlying acts, events, and/or conditions; 2) made by, or from information transmitted by, a person with knowledge; and 3) created and maintained in the course of ARC's regularly conducted business activity.

6. True and correct copies of at least three of ARC's operating agreements, which are dated: (1) December 11, 2020; (2) August 4, 2021; and (3) February 29, 2024, are attached as **Exhibit "3"**, **Exhibit "4"**, and **Exhibit "5"** respectively.

7. ARC II has at least the following members who maintain citizenship in the Commonwealth of Puerto Rico: (1) Joshua Arant; (2) ADGH LLC; (3) Sanjay Chandiram; (4) Francisco Farina; (5) Garret Taylor; (6) John Dumas; (7) Ryan Simmons; (8) Mario Nordet; and (9) Scott Thomas.

8. Of the nine members listed in the paragraph above, all of them are Plaintiffs in the Delaware Action against me (and ARC as a nominal defendant).

9. Among other things, these members swear in their Verified Complaint (Composite Exhibit 2) in the Delaware Action the following: (1) on page 1 that the "[Plaintiffs] . . . bring this action in their capacity as members of ARC . . . ."; (2) on page 1 that the "Plaintiffs bring this action pursuant to 6 *Del. C.* § 18-110 for a declaratory judgment that the majority members of ARC. . . ."; (3) on page 2 that "Plaintiffs are members of ARC. . . ."; (4) on page 4 that "Plaintiffs each obtained membership interests in ARC. . . ."; and (5) on page 5 that "ARC has publicly stated that each investor in ARC is a member of ARC, and Orlando has similarly informed Plaintiffs that they are members of ARC. [] Thus, by ARC's and Orlando's admissions (in addition to the subscription agreements), each Plaintiff is a member of ARC."

## JOSHUA ARANT

10. Attached as **Composite Exhibit "6"** are true and correct copies of documents concerning Joshua Arant, including: (1) an email dated March 24, 2024 that I received from Mr. Arant attaching, among other things:

(a) a document with "requested KYC information;"

Page **2** of **7**

(b) the front and back of his driver's license issued in Puerto Rico in April 2021;

(c) a subscription agreement with ARC;

(d) a W-9 Form; and

(e) a United States Passport; and

(2) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that: (1) on February 3, 2021, Mr. Arant organized a limited liability company in Puerto Rico named CJ1 PR, LLC that lists an address in Puerto Rico; and (2) on December 9, 2021, Mr. Arant organized a limited liability company in Puerto Rico named CJ5 Investments, LLC that lists the same principal address as the address listed on his driver's license issued in Puerto Rico.  In the document that Mr. Arant attaches and describes in his email to me as "requested KYI information," he attests and affirms that he is a United States Citizen and that his "domicile" is, and has been, in Puerto Rico.

**ADGH LLC**

11. Attached as **Composite Exhibit "7"** are true and correct copies of documents concerning ADGH LLC and Marcie Sparrow, as the sole manager and member of ADGH LLC, including: (1) a subscription agreement with ARC; (2) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; (3) certificates of good standing and existence for ADGH LLC issued by the Department of State for the Commonwealth of Puerto Rico (only available in Spanish); and (4) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that: on February 22, 2021, ADGH LLC was organized as a limited liability company in Puerto Rico with its principal address in Puerto Rico.  Further, in the Verified Complaint in the Delaware Action (Composite Exhibit 2), Plaintiff Marci Sparrow verifies that she is the manager and sole member of ADGH LLC.

## SANJAY CHANDIRAM

12.  Attached as **Composite Exhibit "8"** are true and correct copies of documents concerning Sanjay Chandiram, including: (1) an email dated March 22, 2024 that I received from Mr. Chandiram attaching, among other things:

    (a) "requested KYC documents;" and

    (b) the front and back of his driver's license issued in Puerto Rico in February 2021.

(2) a subscription agreement with ARC;

(3) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; and

(4) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that: (1) on April 30, 2021, Mr. Chandiram organized a limited liability company in Puerto Rico named Del Mar Investments, LLC that lists its principal office address in Puerto Rico; and (2) on November 25, 2020, Mr. Chandiram organized a limited liability company in Puerto Rico named Creations LLC which lists the address of the "Authorized Person" in Puerto Rico as the same address as listed on his driver's license issued in Puerto Rico. In the document that Mr. Chandiram attaches and describes in his email to me as "KYC documents," he attests and affirms that he is a United States citizen and that his "domicile" for the last four years is, and has been, in Puerto Rico.

## FRANCISCO FARINA

13.  Attached as **Composite Exhibit "9"** are true and correct copies of documents concerning Francisco Farina, including: (1) a document entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING;" (2) the front of a driver's license issued by the Commonwealth of Puerto Rico; (3) a subscription agreement with ARC; and (4) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; and (5) business-related documents that ARC located

online with the Department of State for the Commonwealth of Puerto Rico reflecting that on February 25, 2021, Mr. Farina organized a limited liability company in Puerto Rico named Arboreal Consulting LLC that lists the principal and registered agent address as the same address listed on his driver's license issued in Puerto Rico.  In the document that Mr. Farina provided to ARC entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING," he attests and affirms that his "domicile" is in  Puerto Rico.

## GARRETT TAYLOR

14.     Attached as **Composite Exhibit "10"** are true and correct copies of documents concerning Garrett Taylor, including: (1) an email dated March 22, 2024 that I received from Mr. Taylor attaching:

(a) a document with "KYI Information;"

(b) the front of a driver's license issued by the Commonwealth of Puerto Rico in October 2021; and

(c) a subscription agreement with ARC; and

(2) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; and (3) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that on February 11, 2021, Mr. Taylor organized a limited liability company in Puerto Rico named Commerce Machine LLC that lists its principal office address as the same address on Mr. Taylor's driver's license issued in Puerto Rico. In the document that Mr. Taylor attaches and describes in his email to me as "KYC information," he attests and affirms that he is a United States citizen and that his "domicile" for the last three years is, and has been, in Puerto Rico.

### JOHN DUMAS

15. Attached as **Composite Exhibit "11"** are true and correct copies of documents concerning John Dumas, including: (1) the front and back of a driver's license issued by the Commonwealth of Puerto Rico in November 2021; (2) a document entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING;" (3) a subscription agreement with ARC; (4) an escrow agreement with ARC; (5) a United States passport; and (6) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that on January 27, 2016, Mr. Dumas organized a limited liability company in Puerto Rico named EOFIRE LLC. In the document that Mr. Dumas provided to ARC entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING," he attests and affirms that his "domicile" for eight years is, and has been, in Puerto Rico.

### RYAN SIMMONS

16. Attached as **Composite Exhibit "12"** are true and correct copies of documents concerning Ryan Simmons, including: (1) a document entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING" that includes a copy the front of a driver's license issued by the Commonwealth of Puerto Rico in June 2021 and a United States Passport; (2) a subscription agreement with ARC; and (3) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP. In the document that Mr. Simmons provided to ARC entitled "FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING," he attests and affirms that his "domicile" is in Puerto Rico.

### MARIO NORDET

17. Attached as **Composite Exhibit "13"** are true and correct copies of documents concerning Mario Nordet and Actionable Agency, LLC, including: (1) a document entitled

"Broker Account Info and KYC;" (2) a subscription agreement with ARC; (3) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; (4) a record of a wire receipt reflecting that Actionable Agency LLC funded Mr. Nordet's subscription agreement; (5) certificates of good standing and existence for Actionable Agency LLC from the Department of State for the Commonwealth of Puerto Rico (only available in Spanish); and (6) a United States Passport. In the document that Mr. Nordet provided to ARC entitled "Broker Account Info and KYC," he attests and affirms that his "domicile" for two and a half years is, and has been, in Puerto Rico.

### SCOTT THOMAS

18. Attached as **Composite Exhibit "14"** are true and correct copies of documents concerning Scott Thomas, including: (1) a subscription agreement with ARC; (2) an escrow agreement with ARC and Ellenoff Grossman & Schole LLP; and 3) business-related documents that ARC located online with the Department of State for the Commonwealth of Puerto Rico reflecting that on July 6, 2021, Mr. Thomas organized a limited liability company in Puerto Rico named Riftbox Strategies LLC with a principal office in Puerto Rico.

### LEE JACOBSON

19. Attached as **Exhibit "15"** is a true and correct copy of an "Amended Securities Assignment Agreement" dated July 2, 2021 between ARC and Lee Jacobson that Mr. Jacobson signed and that I signed as ARC's Managing Member.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2024.

_____
Patrick Francis Orlando