# Composite Exhibit 6

| From: | Josh Arant |
|---|---|
| To: | porlando@beneinvest.com |
| Cc: | Josh Arant; josh@<sup>REDACTED</sup>.com |
| Subject: | Josh Arant KYC & Documents: DWAC/ARCII |
| Date: | Friday, March 22, 2024 10:54:10 AM |
| Attachments: | DocuSign_ARCII_LLC_Subscription_Agree.pdf |
| | ARCII Convertible Note Agreement PPR.pdf |
| | W-9_Form.pdf |
| | REQUEST FOR BROKERAGE ACCOUNT AND KNOW YOUR CUSTOMER INFORMATION_Josh-Arant.pdf |

Good Morning Patrick,

Please see attached requested KYC information, my original subscription agreement, convertible note agreement, W-9 form, Passport, and a front and back of my drivers license.

Please confirm receipt of the email and documents and let me know if you need anything else.

Thanks!

Josh Arant

**FOR INDIVIDUALS, PLEASE COMPLETE THE FOLLOWING:**

Full Name: Josh Arant

Date of Birth: REDACTED1988

Domicile: (Full address where you permanently reside and intend to reside at the time of any

future distribution of shares):  4 Ridge Top Drive Humacao, PR 00791

Years at Domicile: 2

Nationality (From Passport): United States of America

Tax Home (From Tax Filings): 4 Ridge Top Drive Humacao, PR 00791

Home/Temporary Address (If different than Domicile):

Email Address: REDACTED@gmail.com / josh@ REDACTED.com / josh@REDACTED.com

Cell Phone Number: 704-REDACTED

**4)   FOR CORPORATE ENTITIES, PLEASE COMPLETE THE FOLLOWING:**

Full Name of Legal Entity:

Date of Incorporation:

Country & State of Incorporation:

Business Domicile:

Principal business/activity:

Are you, or have you become, a politically exposed person ("PEP," that is, is an individual that holds a prominent public position or function) :

**BROKERAGE ACCOUNT INFORMATION**

**FOR THE ACCOUNT RECEIVING ASSETS/SHARES, PLEASE PROVIDE THE FOLLOWING:**

Brokerage Firm Name: REDACTED

Brokerage Firm Address:      REDACTED

Brokerage Firm Phone Number: REDACTED

Contact Name and Information:      REDACTED

Account Number: REDACTED 6236

Account Title: Josh Arant

Account Type: Retail
- <mark>Retail</mark>
- IRA
- Simple IRA
- Roth IRA
- Education Savings Account
- Qualified
- Direct Rollover
- Other:

Social Security Number / EIN: 245 REDACTED

**Account Holder(s) Information:**
Name 1: Joshua Ryan Arant
Title: Individual

Name 2:
Title:

Name 3:
Title:

Name 4:
Title:

**Primary Account Holder's Address:**

Street Address: 4 Ridge Top Drive Humacao, PR 00791

<u>AFFIRMATION AND ATTESTATION</u>:

  To the best of my knowledge and belief, I affirm and attest that the information contained on this Brokerage and Know Your Customer Information form is true and accurate.

By:

Signature: _____

Print Name: Josh Arant

Date:  March 22. 2024





ARC GLOBAL INVESTMENTS II LLC, SPONSOR OF DIGITAL WORLD ACQUISITION CORP.,
SUBSCRIPTION AGREEMENT

June 30, 2021

Dear Mr. Arant,

This letter agreement sets forth the terms of the agreement between ARC Global Investments II LLC, a Delaware limited liability company (the "Company"), and the undersigned. The Company is the sponsor of Digital World Acquisition Corp. (the "SPAC"), a Delaware corporation and a blank check company formed for the purpose of acquiring one or more businesses or entities (a "Business Combination"), which intends to register its securities under the Securities Act of 1933, as amended (the "Securities Act"), in connection with its initial public offering ("IPO").

The undersigned commits to purchase limited liability company interests ("LLC Interests") of the Company for an aggregate purchase amount of REDACTED Thousand Dollars ($REDACTED.00) ("Purchase Amount") for an effective price of Four Dollars ($4.00) ("Effective Price") per share of Class B common stock of the SPAC ("Founder Shares") held by the Company. In conjunction with such purchase, the Amended and Restated Limited Liability Company Operating Agreement of the Company (to be entered into at the time of the IPO) (the "Operating Agreement") will reflect the allocation to the undersigned of an indirect ownership interest in Founder Shares held by the company, totaling the amount derived from dividing the Purchase Amount by the Effective Price. To avoid any doubt, for example, if undersigned were to purchase LLC Interests for a Purchase Amount of $REDACTED.00, undersigned would receive LLC Interests equivalent to REDACTED Founder Shares. Capitalized terms not defined herein shall have the meanings set forth in the Operating Agreement.

The undersigned will execute this agreement and fund 100% of the Purchase Amount of the LLC Interests to the account of ARC Global Investments II LLC at REDACTED N.A. (the "Account") within three (3) business days from execution of this agreement. If the funding were to arrive late due to circumstances outside of the undersigned's control, such date shall be extended to accommodate such delay. A portion of the Purchase Amount shall be deposited into the trust fund ("Trust Fund") established by the SPAC for the benefit of its public shareholders to be described in the SPAC's registration statement to be filed in connection with the IPO ("Registration Statement"). The remaining proceeds of the sale by the Company of LLC Interests shall be deposited into the operating account of the SPAC for general corporate purposes. The Founder Shares do not participate in the Trust Fund and in the event the SPAC does not consummate an initial Business Combination, will expire worthless. The Company will retain voting and dispositive power over the undersigned's Founder Shares until the consummation of the Business Combination, following which time the Company will distribute such securities to the undersigned (subject to applicable lock-up or escrow restrictions, as described below or pursuant to the terms of the Business Combination) as described in the Operating Agreement. If the SPAC does not consummate the IPO for any reason, any portion of the aggregate Purchase Amount already funded will be returned to the undersigned, without interest. The undersigned acknowledges that certain members may have received disproportionate amounts of Founder Shares based on their respective investments in the Company.

The consummation of the purchase by the undersigned of the LLC Interests shall occur simultaneously with the consummation of the IPO.

Other than with respect to return of the aggregate Purchase Amount, or a portion thereof, as contemplated herein, the undersigned agrees that, in consideration of the subscription for LLC Interests as contemplated hereby, it does not have any right, title, interest or claim of any kind in or to any monies of the Trust Fund ("Claim") and hereby waives any Claim it may have in the future against the Company and the SPAC and will not seek recourse against the Trust Fund for any reason whatsoever (except in respect of any shares of Class A common stock of the SPAC purchased directly by the undersigned in the IPO or in the open market).

The Founder Shares allocated to the LLC Interests will be identical to the shares of common stock included in the units to be sold by the SPAC in the IPO, except that:

- the Company has agreed to vote the Founder Shares in favor of any proposed Business Combination;

- all Founder Shares will be subject to certain lock-up provisions (including those described in the Registration Statement and any additional lock-up provisions that may be agreed to in connection with a Business Combination), which lock-up provisions may extend beyond the distribution by the Company to the undersigned of its Founder Shares following the consummation of the Business Combination;

- the Founder Shares will be subject to customary registration rights, which shall be described in the Registration Statement;

- the undersigned will not participate in any liquidation distribution with respect to the Founder Shares (but will participate in liquidation distributions with respect to any units or shares of Class A common stock of the SPAC purchased directly by the undersigned in the IPO or in the open market) if the SPAC fails to consummate a Business Combination; and

- the Founder Shares will include any additional terms or restrictions as are customary in other similarly structured blank check company offerings or as may be reasonably required by the underwriters in the IPO in order to consummate the IPO, each of which will be set forth in the Registration Statement.

The undersigned acknowledges that pursuant to the Operating Agreement, if prior to a Business Combination, the Company's managing member (the "Managing Member") deems it necessary in order to facilitate a Business Combination by the SPAC for the Company to forfeit, transfer, exchange or amend the terms of all or any portion of the SPAC's Founder Shares or to enter into any other arrangements with respect to the Founder Shares (including, without limitation, the transfer of LLC Interests of the Company representing an interest in any of the foregoing) to facilitate the consummation of such Business Combination, including voting in favor of any amendment to the terms of the Founder Shares (each, a "Change in Investment"), the Managing Member shall enter into any such agreement or arrangement involving a Change in Investment, vote in favor of any proposal involving a Change in Investment or otherwise facilitate or take any action to affect or permit any Change in Investment without the consent of any other member of the Company; except in the event of a disproportionate Change in Investment affecting an individual member or group of members of the Company, in which case the written consent of such disproportionately affected individual member or group of members shall be required. Further, in the event Founder Shares or any other securities held by the Company are forfeited or transferred as part of such

DocuSign Envelope ID: 1A3DA8CB-BA89-4F39-B616-7491042A8808

Business Combination, the Managing Member shall allocate such forfeited or transferred securities among the members of the Company in proportion to the percentage interest(s) to which such securities relate.

The undersigned acknowledges and agrees that it will execute agreements in form and balance typical for transactions of this nature necessary to effectuate the foregoing agreements and obligations prior to the consummation of the IPO as are reasonably acceptable to the undersigned, including but not limited to (i) a registration rights agreement and (ii) the Operating Agreement.

The undersigned hereby represents and warrants that, as applicable:

(a)     it has been advised that the LLC Interests and Founder Shares have not been registered under the Securities Act;

(b)     it is acquiring the LLC Interests and the Founder Shares represented thereby for its own account for investment purposes only;

(c)     it has no present intention of selling or otherwise disposing of LLC Interests or the Founder Shares represented thereby in violation of the securities laws of the United States;

(d)     it is an "accredited investor" as defined by Rule 501 of Regulation D promulgated under the Securities Act;

(e)     it has, if required to do so, completed an IRS Form W-9 or Form W-8BEN (or similar form), as applicable;

(f)     it has had both the opportunity to ask questions and receive answers from the officers and directors of the Company and the SPAC and all persons acting on its behalf concerning the terms and conditions of the offer made hereunder;

(g)     it is familiar with the proposed business, management, financial condition and affairs of the Company and the SPAC;

(h)     it is aware of the risk factors in the Prospectus including that the Company currently has no plans, arrangements or understandings with any prospective target business concerning an initial business combination and may be unable to complete our initial business combination;

(i)     it has full power, authority and legal capacity to execute and deliver this letter and any documents contemplated herein or needed to consummate the transactions contemplated in this letter;

(j)     this letter constitutes its respective legal, valid and binding obligation, and is enforceable against it; and

(k)     the undersigned is not, and is not acting as, an agent, representative, intermediary or nominee for any person identified on the list of blocked persons maintained by the Office of Foreign Assets Control of the U.S. Treasury Department; and the undersigned has complied with all applicable U.S. laws, regulations, directives and executive orders relating to anti-money laundering.

The Company represents that a true and correct copy of the Operating Agreement is attached as Exhibit A hereto. The Operating Agreement has been duly adopted by the Company and there have been no resolutions approved by the Company to alter the Operating Agreement.

**ACCEPTED AND AGREED:**

**JOSH ARANT**

By: _____
Name: Josh Arant

**ARC GLOBAL INVESTMENTS II LLC**

By: _____
Name: Patrick Francis Orlando
Title: CEO

**DIGITAL WORLD ACQUISITION CORP.**

By: _____
Name: Patrick Francis Orlando
Title: CEO

## **WIRE INSTRUCTIONS**

BANK: <sup>REDACTED</sup>N.A.

REDACTED   MIAMI, FL 33133

NAME OF ACCOUNT: ARC Global Investments II LLC

ACCOUNT NUMBER: <sup>REDACTED</sup>2928

ROUTING NUMBER: REDACTED

SWIFT CODE: REDACTED


MEMO: ARCII


If the Investor were to prefer to wire to the Issuer Counsel's Escrow Account, please contact the Sponsor Investor.

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type.
See **Specific Instructions** on page 3.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Joshua Ryan Arant

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ \_\_\_\_

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) \_\_\_\_

Exemption from FATCA reporting code (if any) \_\_\_\_

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

4 Ridge Top Drive

**6** City, state, and ZIP code

Humacao, PR 00791

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

REDACTED – 9 6 4 8

or

Employer identification number

_ _ _

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *Joshua R. Arant*    Date ▶ 7/21/2023

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code,* later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships,* earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code,* later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
| --- | --- |
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

## Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

## Line 6

Enter your city, state, and ZIP code.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or SS-4.  Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code,* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
| --- | --- |
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 2. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships,* earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

Page **6**

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint.* You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



**We the People**

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE
USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Codigo    Passport No / No. du Passeport / No. de Pasaporte

P          USA                                    REDACTED

Surname / Nom / Apellidos
**ARANT**

Given Names / Prénoms / Nombres
**JOSHUA** REDACTED

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
REDACTED **1988**

Place of birth / Lieu de naissance / Lugar de nacimiento
REDACTED          **U.S.A.**

Sex / Sexe / Sexo
**M**

Date of issue / Date de délivrance / Fecha de expedición
REDACTED **2019**

Authority / Autorité / Autoridad
**United States**
**Department of State**

Date of expiration / Date d'expiration / Fecha de caducidad
REDACTED **2029**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

USA

P<USAARANT<<JOSHUA<REDACTED<<<<<<<<<<<<<<<<<<

REDACTED



<table>
<tr><td>Government of Puerto Rico<br>Department of State<br><br>Transaction Date: 03-Feb-2021<br>Register No: 458713<br>Order No: 1922510</td></tr>
</table>

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

**Article I - Limited Liability Company Name**

**The name of the Domestic Limited Liability Company is:  CJ1 PR,  LLC**

**Desired term for the entity name is: LLC**

**Article II - Principal Office and Resident Agent**

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **Citi Tower 252, Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Mailing Address | **Citi Tower 252, Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Phone | **(704) 517-4245** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **The Prentice Hall Corporation System, Puerto Rico, Inc.** |
| Street Address | **c/o Fast Solutions LLC, Citi Tower 252, Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Mailing Address | **c/o Fast Solutions LLC, Citi Tower 252, Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Email | **GTS-Globaltransactionsservices@cscglobal.com** |
| Phone | **(302) 636-5401** |

**Article III - Nature of Business**

This is a For Profit entity whose nature of business or purpose is as follows:

**Real Estate holding company that engages in any lawful act or activity for which limited liability companies may be organized under the General Corporations Act, as amended.**

**Article IV - Authorized Persons**

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **Soto, Karen** |
| Street Address | **250 Munoz Rivera Avenue, Suite 800, SAN JUAN, PR, 00918** |
| Mailing Address | **250 Munoz Rivera Avenue, Suite 800, SAN JUAN, PR, 00918** |
| Email | **karen.soto@oneillborges.com** |

**Article V - Administrators**

If the faculties of the Authorized Persons will end upon the filing of the Certificate of Formation of a Limited Liability Company, the names, physical and mailing address of the persons who will act as Administrators until the first annual meeting of the members or until their successors replace them are

CJ1 PR, LLC                                                                Domestic Limited Liability Company

as follows:

| Name | **Arant, Joshua Ryan** |
|---|---|
| Title | **Managing Member** |
| Street Address | **8461 Garvey Drive, RALEIGH, NC, 27616** |
| Mailing Address | **8461 Garvey Drive, RALEIGH, NC, 27616** |
| Email | **josh.arant@gmail.com** |
| Expiration Date | **Indefinite** |

| Name | **Wicker Arant, Carol** |
|---|---|
| Title | **Member** |
| Street Address | **8461 Garvey Drive, RALEIGH, NC, 27616** |
| Mailing Address | **8461 Garvey Drive, RALEIGH, NC, 27616** |
| Email | **carol.w.arant@gmail.com** |
| Expiration Date | **Indefinite** |

## Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **03-Feb-2021**

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Soto, Karen, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 3rd day of February, 2021.



Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **Lawrence N. Seilhamer Rodríguez, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **CJ1 PR, LLC**, register number **458713**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **3rd of February, 2021 at 12:40 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **February 3, 2021.**

**Lawrence N. Seilhamer Rodríguez**
Secretary of State

1922510 - $250.00




# CERTIFICATE OF ORGANIZATION

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **CJ5 INVESTMENTS, LLC**, register number **477646**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **9th of December, 2021 at 06:02 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **December 9, 2021.**

**Omar J. Marrero Díaz**
Secretary of State

2135373 - $250.00



Government of Puerto Rico
Department of State

Transaction Date: 09-Dec-2021
Register No: 477646
Order No: 2135373



## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

The name of the Domestic Limited Liability Company is:  **CJ5 INVESTMENTS, LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **47 Sursfide Road, HUMACAO, PR, 00791** |
| Mailing Address | **47 Sursfide Road, HUMACAO, PR, 00791** |
| Phone | **(704) 517-4245** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **The Prentice Hall Corporation System, Puerto Rico, Inc.** |
| Street Address | **c/o Fast Solutions, LLC, Citi Tower 252 Ponce de León Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Mailing Address | **c/o Fast Solutions, LLC, Citi Tower 252 Ponce de León Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Email | **Prentice-hall.puertorico@cscglobal.com** |
| Phone | **(800) 927-9807** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**To engage in any lawful act or activity for which limited liability companies may be organized under the General Corporations Act, as amended.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **Soto, Karen** |
| Street Address | **250 Munoz Rivera Avenue, Suite 800, SAN JUAN, PR, 00918** |
| Mailing Address | **250 Munoz Rivera Avenue, Suite 800, SAN JUAN, PR, 00918** |
| Email | **karen.soto@oneillborges.com** |

### Article V - Administrators

CJ5 INVESTMENTS, LLC                                                    Domestic Limited Liability Company

If the faculties of the Authorized Persons will end upon the filing of the Certificate of Formation of a Limited Liability Company, the names, physical and mailing address of the persons who will act as Administrators until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **Arant, Joshua R.** |
| Title | **Managing Member** |
| Street Address | **47 Surfside Road, HUMACAO, PR, 00791** |
| Mailing Address | **47 Surfside Road, HUMACAO, PR, 00791** |
| Email | **josh@coquihealth.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **Price, Chad E.** |
| Title | **Member** |
| Street Address | **16 Surfside Road, HUMACAO, PR, 00791** |
| Mailing Address | **16 Surfside Road, HUMACAO, PR, 00791** |
| Email | **cprice@makomedical.com** |
| Expiration Date | **Indefinite** |

## Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **09-Dec-2021**

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Soto, Karen, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 9th day of December, 2021.