UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| BRIAN SHEVLAND, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:21-cv-24324-DPG |
| PATRICK ORLANDO and ARC GLOBAL INVESTMENTS II, LLC, | ) |
| Defendants. | ) |

## JOINT MOTION TO STAY

Plaintiff Brian Shevland ("Shevland") and Defendant ARC Global Investments II LLC ("ARC") (together, the "Parties") hereby jointly move to stay this case pending completion of the Parties' settlement. In further support of this Motion, the Parties state as follows:

1. This case is currently pending before the Court on limited remand from the U.S. Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") for consideration and resolution of a jurisdictional issue. *See* ECF No. 75. There is a currently scheduled July 25, 2024 hearing date. *See* ECF No. 103. *See also Brian Shevland v. ARC Global Investments II LLC*, Appeal No. 23-13061 (Eleventh Circuit) ("Eleventh Circuit Appeal").

2. On June 14, 2024, the Parties reached a settlement of this action. The Parties agreed to jointly request to stay this case pending completion of material terms of the settlement agreement. The Parties further agreed to dismiss this case if and when the material terms are completed, which is expected to occur no later than late September 2024.

3. Accordingly, per the terms of their agreement, the Parties now jointly move to stay

this case. If and when the material terms of the settlement are completed, the Parties will alert the Court at that time and seek dismissal. If the material terms of the settlement are not completed, then the Parties would advise the Court and seek to lift the stay at that time.

4. The Joint Motion is intended to preserve the resources of the Parties and the Court and prevent unnecessary proceedings during the short time period for the Parties to complete the material terms of the settlement.

5. The Parties can update the Court on the status of settlement by August 26, 2024, or other such intervening time periods as required by the Court.

6. At the same time the Parties file this Joint Motion, they are also filing a Joint Motion to Stay the Eleventh Circuit Appeal on the same grounds.

7. A proposed order is submitted herewith.

WHEREFORE, Plaintiff Brian Shevland and Defendant ARC Global Investments II LLC jointly move the Court to stay this case pending completion of the Parties' settlement.

Respectfully submitted,

*/s/ Jonathan E. Feuer*
Martin B. Goldberg
Florida Bar No. 827029
Jonathan E. Feuer
Florida Bar No. 68752
LASH & GOLDBERG LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-3050
mgoldberg@lashgoldberg.com
jfeur@lashgoldberg.com

*Attorneys for Plaintiff*

Respectfully submitted:

*s/ Jeffrey L. Cox*
Jeffrey L. Cox
Fla. Bar No. 0173479
James D. Sallah, Esq.
Fla. Bar No. 0092584
Joshua A. Katz, Esq.
Fla. Bar No. 0848301

**SALLAH ASTARITA & COX, LLC**
3010 N. Military Trail, Suite 210
Boca Raton, Florida 33431
Tel: (561) 989-9080; Fax: (561) 989-9020
Emails: jlc@sallahlaw.com
jds@sallahlaw.com
jak@sallahlaw.com

*Attorneys for Defendant ARC Global Investments II LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2024, I electronically filed the foregoing document with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing to counsel of record.

*/s/ Jonathan E. Feuer*
Jonathan E. Feuer