UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| BRIAN SHEVLAND,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK ORLANDO and<br>ARC GLOBAL INVESTMENTS II, LLC,<br><br>    Defendants. | Case No.: 1:21-cv-24324-DPG |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

THIS CAUSE having come before the Court on Plaintiff Brian Shevland's and Defendant ARC Global Investments II LLC's Joint Motion to Stay, and the Court, having reviewed the Joint Motion, and being otherwise sufficiently advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Stay is **GRANTED**. All proceedings in this case are stayed pending further Order.

2. The Parties shall advise the Court of the status of the completion of settlement by August 26, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __ day of June, 2024.

_____
Hon. Darrin P. Gayles
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record